# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVEN KEPLAR,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID MASCETTI,<br><br>        Defendant.<br>_____ | ) Case No. ED CV 09-1982 PA (MRW)<br>) Case No. ED CV 10-1836 PA (MRW)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: December 27, 2011

                              HON. PERCY ANDERSON
                              UNITED STATES DISTRICT JUDGE